Norman E. Greenspan, Esq. (*pro hac vice*)
Starfield & Smith, PC
1300 Virginia Drive, Suite 325
Fort Washington, PA  19034
Telephone:  215-542-7070
Facsimile:  215-542-0723

JS-6

BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:  424-239-3400
Facsimile:  424-239-3434

Attorneys for Plaintiff
BAR-RAY PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR-RAY PRODUCTS, INC., a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>INFAB CORPORATION, a California corporation,<br><br>                    Defendant. | Case No. 2:14-cv-08742-SVW-RZ<br><br>[*Case Transferred from the Middle District of Pennsylvania, 1:14-cv-00439*]<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed:      March 10, 2014<br>Action Transferred:   Nov. 12, 2014<br>Initial Status Conf.:  Jan . 5, 2015 |

119894.00607/100154209v.2

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE
CASE NO. 2:14-CV-08742-SVW-RZ**

1   THE COURT, HAVING CONSIDERED THE PARTIES' STIPULATION, AND
2   GOOD CAUSE APPEARING THEREFORE, ORDERS AS FOLLOWS:
3       Pursuant to FRCP 41(a), plaintiff Bar-Ray Products, Inc. ("Bar-Ray") and
4   defendant Infab Corporation ("Infab") stipulation to dismiss this lawsuit with
5   prejudice is granted.  The entire action is DISMISSED WITH PREJUDICE.

7   **IT IS SO ORDERED.**

9   DATED:  May 1, 2015
10                             HONORABLE STEPHEN V. WILSON
                              Judge of the Central District of California

119894.00607/100154209v.2    1

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**
**CASE NO. 2:14-CV-08742-SVW-RZ**